[No. 38211-0-I.   Division One.   October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEWART THOMAS PIPER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01335-8, Thomas J. Wynne, J., entered November 28, 1995 and February 14, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38267-5-I.   Division One.   October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN ALEXANDER MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03248-2, Nicole MacInnes, J., entered March 11, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 38273-0-I.   Division One.   October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DUANE KNOWLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03508-2, Donald D. Haley, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 38298-5-I.   Division One.   October 13, 1997.]

PAMELA S. BOYER, *Respondent*, v. CIRCLE K CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-23555-9, Anthony P. Wartnik, J., entered February 21, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.